United States Bankruptcy Court

Central District of California

Soracco,
    Plaintiff

Bravo,
    Defendant

Adv. Proc. No. 24-01277-DS

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 24, 2025 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Edmund Robert Soracco, 121 South Hope Street Unit 506, Los Angeles, CA 90012-5019 |
| dft | + | Patricia Del Carmen Bravo, 877 Francisco Street, #1703, Los Angeles, CA 90017-2881 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elissa Miller (TR) | millertrustee@gmlaw.com<br>MillerTrustee@gmlaw.com;C124@ecfcbis.com;cheryl.caldwell@gmlaw.com;cheryl.caldwell@ecf.courtdrive.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 2

**FILED & ENTERED**

JUN 24 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PATRICIA DEL CARMEN BRAVO,<br><br>         Debtor.<br>_____<br>EDMUND ROBERT SORACCO,<br>         Plaintiff,<br>  vs.<br><br>PATRICIA DEL CARMEN BRAVO,<br>         Defendant. | Case No. 2:24-bk-16132-DS<br><br>Chapter 7<br><br>Adv. No. 2:24-ap-01277-DS<br><br>**ORDER DENYING MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing<br>Date: June 17, 2025<br>Time: 1:00 p.m.<br>Place: Courtroom 1639 (Via ZoomGov)<br>    255 East Temple Street<br>    Los Angeles, California 90012 |

  The court held a hearing at the above time and place on the "Motion for Summary Judgment" (the "Motion," Docket No. 8) filed by plaintiff Edmund Robert Soracco (the "Plaintiff"). The Plaintiff and defendant Patricia Del Carmen Bravo each appeared *pro se*.

1   The court having considered the Motion, the opposition thereto, the reply to the
2   opposition, the arguments made at the hearing, and the record in this case, and for the
3   reasons stated on the record at the hearing,
4   IT IS HEREBY ORDERED that the Motion is denied.

###

Date: June 24, 2025

Deborah J. Saltzman
United States Bankruptcy Judge